No. 10-8177. Kenneth Massey, Petitioner v. Marcus Hardy, Warden.

562 U.S. 1237, 131 S. Ct. 1517, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1575.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-8179. Bernard Pierre, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1517, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1642.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 389 Fed. Appx. 902.

No. 10-8180. James Park, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1517, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1652.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 386 Fed. Appx. 965.

No. 10-8181. Gregory Scott Perkins, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1517, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1632.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 86.

No. 10-8187. Alexsandar Cvijetinovic, Petitioner v. Michelle Eberlin, Warden.

562 U.S. 1238, 131 S. Ct. 1518, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1530.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 617 F.3d 833.

No. 10-8189. Jimmie Lee Durant, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1518, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1589.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 388 Fed. Appx. 554.

No. 10-8191. William Quinn Day, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1518, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1676,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 431.

No. 10-8192. Thomas Jackson, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1518, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1520.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.